RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Miguel Murillo-Ramos

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MIGUEL MURILLO-RAMOS,<br><br>         Defendant. | Case No. 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Miguel Murillo-Ramos, that the Revocation Hearing currently scheduled on June 17, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of jurisdiction on Monday.

2. As Mr. Murillo-Ramos has a parallel new federal charge, the defense needs additional time to determine if a global resolution between the two cases is possible.

3. The defendant is in custody and agrees with the need for the continuance.

4.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00114-JCM-NJK |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MIGUEL MURILLO-RAMOS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, June 17, 2024 at 10:00 a.m., be vacated and continued to **July 19, 2024, at 10:00 a.m.**; or to a time and date convenient to the court.

DATED June 14, 2024.

_____
UNITED STATES DISTRICT JUDGE