JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00114-JCM-NJK |
| Plaintiff, | **Motion To Continue Supervised Release Hearing** |
| v. | (Second Request) |
| MIGUEL MURILLO-RAMOS, | |
| Defendant. | |

The government, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, moves that the supervised release hearing, which is currently scheduled for Friday July 19, 2024 at 10:00 am, be continued and reset to a date and time convenient to this Court, but not sooner than 60 days from the current hearing date for the following reasons:

1. On or about June 3, 2024, Murillo was charged by way of criminal complaint with Deported Alien Found in the United States in violation of 8 U.S.C. § 1326 (a) and (b) in case number 2:24-mj-501-DJA. On or about June 5, 2024, Murillo made his initial appearance and was detained pending a preliminary hearing, which is presently scheduled for September 16, 2024. (ECF 13 in 2:24-mj-501-DJA).

2. On or about June 5, 2024, Murillo also made an initial appearance on a petition for revocation of supervised release in case number 2:20-cr-00114-JCM-NJK. Murillo was detained. (ECF 52 in case number 2:20-cr-00114-JCM-NJK). He waived a preliminary hearing on the revocation petition. The revocation hearing is currently scheduled for Friday July 19, 2024 at 10 am. (ECF 59 in case number 2:20-cr-00114-JCM-NJK).

3. Counsel for the defendant advised undersigned counsel today that the Federal Public Defenders Office is conflicted from representing Murillo. Defense counsel filed a motion to withdraw and for the appointment of new counsel. (ECF 60 in case number 2:20-cr-00114-JCM-NJK; ECF 14 in case number 2:24-mj-501-DJA). Additional time will be needed for new counsel to be appointed and for the new counsel to get up to speed on the case.

4. The government would like to try to negotiate a global resolution to include the revocation violations and the fast track illegal re-entry matter in case number 2:24-mj-501-DJA in an attempt to promptly resolve these cases and reduce the judicial and government resources required by this case. The new defense counsel will require additional time to review discovery, conduct follow up investigation if necessary, and adequately advise Murillo regarding any plea negotiations.

5. The defendant is incarcerated but the brief 60-day continuance requested herein will not unduly prejudice the defendant.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the defense sufficient time within which adequately prepare for the hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

///

1  7.  This is the second request to continue the revocation hearing.

2  DATED this 16th day of July, 2024.

3  Respectfully submitted,

4  JASON M. FRIERSON
United States Attorney

5

6  */s/ Kimberly M. Frayn*
By_____

7  KIMBERLY M. FRAYN
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00114-JCM-NJK |
| Plaintiff, | **Findings of Fact, Conclusions of Law and (Proposed) Order** |
| v. | |
| MIGUEL MURILLO-RAMOS, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On or about June 3, 2024, Murillo was charged by way of criminal complaint with Deported Alien Found in the United States in violation of 8 U.S.C. § 1326 (a) and (b) in case number 2:24-mj-501-DJA. On or about June 5, 2024, Murillo made his initial appearance and was detained pending a preliminary hearing, which is presently scheduled for September 16, 2024. (ECF 13 in 2:24-mj-501-DJA).

2. On or about June 5, 2024, Murillo also made an initial appearance on a petition for revocation of supervised release in case number 2:20-cr-00114-JCM-NJK. Murillo was detained. (ECF 52 in case number 2:20-cr-00114-JCM-NJK). He waived a preliminary hearing

4

on the revocation petition. The revocation hearing is currently scheduled for Friday July 19, 2024 at 10 am. (ECF 59 in case number 2:20-cr-00114-JCM-NJK).

3. Counsel for the defendant advised undersigned counsel today that the Federal Public Defenders Office is conflicted from representing Murillo. Defense counsel filed a motion to withdraw and for the appointment of new counsel. ECF 60 in case number 2:20-cr-00114-JCM-NJK; ECF 14 in case number 2:24-mj-501-DJA). Additional time will be needed for new counsel to be appointed and for the new counsel to get up to speed on the case.

4. The government would like to try to negotiate a global resolution to include the revocation violations and the fast track illegal re-entry matter in case number 2:24-mj-501-DJA in an attempt to promptly resolve these cases and reduce the judicial and government resources required by this case. The new defense counsel will require additional time to review discovery, conduct follow up investigation if necessary, and adequately advise Murillo regarding any plea negotiations.

5. The defendant is incarcerated but the brief 60-day continuance requested herein will not unduly prejudice the defendant.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow the defense sufficient time within which adequately prepare for the hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

7. This is the second request to continue the revocation hearing.

/ / /

/ / /

/ / /

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matters, currently scheduled for July 19, 2024 at 10:00 am, be vacated and continued to a date and time convenient to this Court, that is on **September 25, 2024, at 10:00 a.m.**

DATED July 17, 2024.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge