# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MIGUEL ANTONIO MURILLO-RAMOS,<br><br>            Defendant. | Case No. 2:20-cr-00114-JCM-NJK<br><br>**Order**<br><br>[Docket No. 60] |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Miguel Antonio Murillo-Ramos's appointed attorney, Benjamin Nemec of the Federal Public Defender's Office.  Docket No. 60.

Based on Attorney Nemec's representations, the Court **GRANTS** the motion to withdraw. Docket No. 60.  Attorney Nemec is withdrawn as Defendant's attorney, as is the Federal Public Defender's Office.  The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant.  New counsel is directed to contact Attorney Nemec immediately upon appointment to arrange for the transfer of Defendant's file.

IT IS SO ORDERED.

DATED: July 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge