AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants, | CASE NO: 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Fourth Request) |

It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, and Sue Fahami, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that the Revocation Hearing currently scheduled on February 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. This is the third continuance current counsel has requested.

2. Mr. Murillo-Ramos has a parallel Federal charge, and the parties are

continuing to work towards a global resolution for both cases.

    3.    Parties have reached a resolution and need time to finalize and file a plea agreement.

    4.    Defendant is in custody and agrees with the need for the continuance.

Dated this 30th day of January, 2025.

| /s/ Amanda Pellizzari | /s/ Kimberly M. Frayn |
|---|---|
| AMANDA PELLIZZARI, ESQ. | KIMBERLY FRAYN |
| Nevada Bar No.: 11107 | Assistant United States Attorney |
| Attorney for Defendant | |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants. | Case No.: 2:20-cr-00114-JCM-NJK |

### ORDER

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 3, 2025 at 10:00 a.m., be vacated and continued to **April 7, 2025** at the hour of **10:30 a.m.**; or to a time and date convenient to the court.

Dated January 31, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*

_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Defendant*