AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>  Defendants, | CASE NO: 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Fifth Request) |

It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, and Sigal Chattah, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that the Revocation Hearing currently scheduled on April 7, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    This is the fourth continuance current counsel has requested.

2.    Mr. Murillo-Ramos has a parallel Federal charge, and the parties are continuing to work towards a global resolution for both cases.

3. Parties have reached a potential resolution and need time to finalize and file a plea agreement.

4. Defendant is in custody and agrees with the need for the continuance.

Dated this 2nd day of April, 2025.

/s/ Amanda Pellizzari                              /s/ Kimberly M. Frayn

AMANDA PELLIZZARI, ESQ.                KIMBERLY FRAYN
Nevada Bar No.: 11107                          Assistant United States Attorney
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIGUEL MURILLO-RAMOS

    Defendants.

Case No.: 2:20-cr-00114-JCM-NJK

### ORDER

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 7, 2025 at 10:30 a.m., be vacated and continued to **Monday, June 9, 2025** at the hour of **10:30 a.m.**.

Dated April 4, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*
_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Defendant*