AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants, | CASE NO: 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Seventh Request) |

    It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, and Sigal Chattah, acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that the Revocation Hearing currently scheduled on August 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

1.     This is the Sixth continuance current counsel has requested.

2.     Mr. Murillo-Ramos has a parallel Federal charge, and the parties have reached

a global resolution for both cases.

3. Parties have reached a resolution and counsel met with the defendant at the detention center in Pahrump and got the plea agreement signed. However, there were some errors in the agreement. Additionally, Sigal Chattah was appointed from interim United States Attorney to acting United States Attorney. Due to these circumstances, the government is amending the plea agreement and requiring that defendant sign a new plea agreement.

4. Defendant is in custody and agrees with the need for the continuance.

Dated this 31st day of July 2025.

/s/ Amanda Pellizzari  /s/ Kimberly M. Frayn

AMANDA PELLIZZARI, ESQ.  KIMBERLY FRAYN
Nevada Bar No.: 11107  Assistant United States Attorney
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants. | Case No.: 2:20-cr-00114-JCM-NJK |

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 8, 2025, at 10:00 a.m., be vacated and continued to October 8, 2025 at the hour of 10:00 a.m.

Dated August 1, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*
_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Defendant*