AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>　　　　Defendants, | CASE NO: 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Eighth Request) |

　　　　It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, and Sue Fahami, Executive Assistant, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that the Revocation Hearing currently scheduled on October 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　This is the eighth continuance current counsel has requested.

　　　　2.　　Mr. Murillo-Ramos has a parallel Federal charge, and the parties have reached

a global resolution for both cases.

3. The parties have reached a global resolution in this case and in case number 2:24-mj-501-DJA. Additional time is needed because after the defendant had signed the written plea agreement (which resolves the new charge and the pending revocation petition) but before a change of plea hearing could be scheduled, Sigal Chattah resigned as interim Unites States Attorney and became the Acting United States Attorney. This change required that the written plea agreement be revised. The defense needs additional time to execute the amended plea agreement so that the parties can request a change of plea hearing to be set.

4. Defendant is in custody and agrees with the need for the continuance.

Dated this 2nd day of October 2025.

*/s/ Amanda Pellizzari*  
_____  
AMANDA PELLIZZARI, ESQ.  
Nevada Bar No.: 11107  
Attorney for Defendant

*/s/ Kimberly M. Frayn*  
_____  
KIMBERLY FRAYN  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants. | Case No.: 2:20-cr-00114-JCM-NJK |

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 8, 2025, at 10:00 a.m., be vacated and continued to **December 8, 2025** at the hour of **10:30 a.m.**; or to a time and date convenient to the court.

Dated October 7, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*
_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Defendant*