AMANDA S. PELLIZZARI, ESQ.
Nevada Bar No. 11107
LAW OFFICE OF AMANDA PELLIZZARI LLC
321 S. Casino Center Blvd., Suite 112
Las Vegas, NV 89101
Telephone: (702) 830-7925
Facsimile: (702) 472-8774
Email: amanda@pellizzarilawoffice.com
Attorney for Miguel Murillo-Ramos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL MURILLO-RAMOS<br><br>Defendants, | CASE NO: 2:20-cr-00114-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Ninth Request) |

It is hereby stipulated and agreed, by and between Amanda S. Pellizzari, Esq., counsel for defendant Miguel Murillo-Ramos, and Sigal Chattah, First Assistant United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, that the Revocation Hearing currently scheduled on December 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (30) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Murillo-Ramos is scheduled for a status check on his parallel Federal case on December 10, 2025, and counsels wishes to have the revocation hearing after this court

date.

      2.      Defendant is in custody and agrees with the need for the continuance.

Dated this 1st day of December 2025.

| | |
|---|---|
| */s/ Amanda Pellizzari* | */s/ Kimberly M. Frayn* |
| AMANDA PELLIZZARI, ESQ.<br>Nevada Bar No.: 11107<br>Attorney for Defendant | KIMBERLY FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00114-JCM-NJK |
| Plaintiff, | |
| vs. | |
| MIGUEL MURILLO-RAMOS | |
| Defendants. | |

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for December 8, 2025, at 10:00 a.m., be vacated and continued to **January 7, 2026,** at the hour of **10:00 a.m.**

Dated December 1, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

*/s/Amanda S. Pellizzari*
_____
AMANDA S. PELLIZZARI, ESQ
Nevada Bar No.: 11107
321 S. Casino Center Blvd. Ste 112
Las Vegas, Nevada 89101
*Attorney for the Defendant*